1  Erin L. Laney (CA SBN 259863)
   **PITE DUNCAN, LLP**
2  4375 Jutland Drive, Suite 200
   P.O. Box 17933
3  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
4  Facsimile:  (619) 590-1385

5

   Attorneys for Movant
6  Wells Fargo Bank, N.A

7              **UNITED STATES BANKRUPTCY COURT**

8     **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

9  In re                                   Chapter 13

10 MARTIN GUADALUPE FLORES            Case No. 10-48964
    AND MARITZA ISABEL FLORES,
11                                         **NOTICE OF SUBSTITUTION OF**
                                           **COUNSEL WITHIN THE SAME**
12      Debtor,                            **FIRM**

13

14      TO THE HONORABLE JUDGE OF SAID COURT:

15          Comes now Wells Fargo Bank, N.A, its successors and/or assigns, a secured creditor,

16 ("Creditor"), in the above-styled proceeding, by and through the undersigned, and files this Notice

17 of Substitution of Counsel Within the Same Firm as follows:

18          1.      Attorney Erin L. Laney of the law firm of Pite Duncan, LLP shall be

19 designated as lead counsel for Creditor in this matter.  Paul Oudom from Pite Duncan, LLP, who

20 previously entered an appearance in this case is no longer associated with the firm and this Notice is

21 intended to facilitate the transition of this matter to the counsel designated herein.

22          2.      As lead counsel for Creditor, the undersigned requests that notices of all

23 proceedings, hearings, reports or other papers filed in the above-styled case be sent to the

24 undersigned counsel.  The address for the undersigned counsel remains the same as that of counsel

25 that previously appeared in this case.

26

27

28

# PRAYER

WHEREFORE, PREMISES CONSIDERED, the undersigned attorneys request that

the Court note the designation of lead counsel for Creditor.

PITE DUNCAN, LLP

Dated: June 25, 2013                  /s/ Erin L. Laney
                                      Erin L. Laney
                                      Attorneys for Movant WELLS FARGO BANK, N.A

Case: 10-48964    Doc# 36    Filed: 06/25/13    Entered: 06/25/13 09:48:43    Page 2 of 3
NOTICE OF SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Substitution of Counsel Within the Same Firm* has been served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on June 25, 2013.


 /s/ Rebecca L. Maddux
Rebecca L. Maddux


**[DEBTOR'S / DEBTORS'] ATTORNEY**
**(via electronic notice)**

Corrine Bielejeski
Law Offices of Patrick L. Forte
Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612

**[DEBTOR / DEBTORS]**

Martin Guadalupe Flores
753 Wilson Avenue
Richmond, CA 94805

Maritza Isabel Flores
753 Wilson Avenue
Richmond, CA 94805

**TRUSTEE**
**(via electronic notice)**

Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566

**UNITED STATES TRUSTEE**
**(via electronic notice)**

Department of Justice
Northern District of California - Oakland Division
1301 Clay St. #690N
Oakland, CA 94612

Case: 10-48964    Doc# 36    Filed: 06/25/13    Entered: 06/25/13 09:48:43    Page 3 of 3
NOTICE OF SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM